April 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LEROY  STROMAN, Appellant

NO. 14-14-00280-CV                                  V.

ROBERT RUSSELL TAUTENHAHN INDEPENDENT EXECUTOR OF THE
ESTATE OF ROBERT L. WRIGHT, DECEASED, Appellee

_____

This cause, an appeal from the signed, February 20, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, Leroy Stroman to pay all costs incurred in this appeal. We further order this decision certified below for observance.